IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAKIM NEWMAN, | ) | 26-CV-00170-HG-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII; DEPARTMENT | ) | |
| OF LAND AND NATURAL | ) | |
| RESOURCES; AND DAWN N. S. | ) | |
| CHANG, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER ADOPTING WITH MODIFICATION THE MAGISTRATE JUDGE'S FINDINGS
AND RECOMMENDATION TO: (1) DISMISS THE COMPLAINT WITH LIMITED
LEAVE TO AMEND; AND (2) DENY PLAINTIFF'S APPLICATION TO PROCEED
IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF NO. 6)**

On May 29, 2026, the Magistrate Judge filed the Findings and Recommendation. (ECF No. 6). No written objections to the proposed Findings and Recommendation have been filed by any party.

Documents sent to Plaintiff's address of record, to include the Magistrate Judge's Findings and Recommendation, have been returned to the Court as undeliverable. Plaintiff has not filed a Notice of Change of Address indicating his current address for service.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to (1) Dismiss the Complaint with Limited Leave to Amend; and (2) Deny Plaintiff's Application to

Proceed in District Court Without Prepaying Fees or Costs (ECF
No. 6) is **ADOPTED WITH MODIFICATION** as the Order of this Court.

<u>**MODIFICATION**</u>:

<u>**PROCEDURAL HISTORY**</u>

On May 29, 2026, the Magistrate Judge issued the Findings
and Recommendation to (1) Dismiss the Complaint with Limited
Leave to Amend; and (2) Deny Plaintiff's Application to Proceed
in District Court Without Prepaying Fees or Costs (ECF No. 6).

On May 29, 2026, the Findings and Recommendation was served
by First Class Mail to Plaintiff's address of record.  (<u>Id.</u>)

On June 8, 2026, the Findings and Recommendation and other
documents served by First Class Mail to Plaintiff's address of
record were returned to the Court as undeliverable.  (ECF Nos. 5,
7, 9).

On June 10, 2026, the Magistrate Judge issued an Order
directing Plaintiff to review and comply with Rule 83.1(e) of the
Local Rules regarding change of address and contact information.
(ECF No. 8).

<u>**ANALYSIS**</u>

Rule 83.1(e) of the Local Rules of Practice for the United
States District Court for the District of Hawaii requires a

self-represented litigant to file notice with the Court if his contact information changes.  This includes changes to an email address, post office box, physical mailing address, fax number, or telephone number.  The litigant must file a Notice of Change of Address.  He must serve the Notice on all other parties.  The litigant must do this within fourteen days of any change to his contact information.

Failure to comply with this rule may result in sanctions. See, e.g., LR11.1; LR81.1(a); LR83.1(e)(2).  Sanctions may include fines, dismissal of the case, or entry of judgment.

### CONCLUSION

1.  The Court **DIRECTS** Plaintiff to review and comply with Rule 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii regarding change of address and contact information.  Plaintiff **MUST FILE** a Notice of Change of Address with the Court.  Plaintiff must serve the Notice on all other parties.

2.  The Complaint (ECF No. 1) is **DISMISSED.**  Plaintiff is granted leave to file an Amended Complaint that cures all deficiencies identified in the Findings and Recommendation on or before **Thursday, July 2, 2026.**

3.  The Application to Proceed Without Prepayment of Costs (ECF No. 2) is **DENIED.**  Plaintiff is granted leave to file

another Application to Proceed Without Prepayment of Costs if Plaintiff chooses to file an Amended Complaint.

4.   Failure to file an Amended Complaint and an Application to Proceed Without Prepayment of Costs in full conformance with the Federal Rules of Civil Procedure, the District of Hawaii Local Rules, and the Orders of this Court on or before the deadline will result in the automatic dismissal of this action.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, June 22, 2026.



Helen Gillmor
United States District Judge

**Makim Newman v. State of Hawaii; Department of Land and Natural Resources, DLNR – Land Division; Dawn N.S. Chang, Chairperson**; 26-cv-00170-HG-KJM; Order Adopting With Modification the Findings and Recommendation to (1) Dismiss the Complaint with Limited Leave to Amend; and (2) Deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF NO. 6).